```
                                         FILED
                                       JUL 17 2008
                                 CLERK, U.S. DISTRICT COURT
                               SOUTHERN DISTRICT OF CALIFORNIA
                               BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 2368-BTM |
| ) | |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of |
| JANINE PALMA, ) | cocaine(Felony) |
| ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about June 21, 2008, within the Southern District of California, defendant JANINE PALMA, did knowingly and intentionally import 5 ~~kilograms~~ 500 grams or more, to wit: approximately 4.65 kilograms (10.3 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 7/17/08 .

KAREN P. HEWITT
United States Attorney

FOR JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:San Diego
7/2/08